David L. Mortensen (Utah Bar. No. 8242)
  Email: david.mortensen@stoel.com
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Robert L. Lee (*pro hac vice* forthcoming)
  Email: bob.lee@alston.com
Emily Chambers Welch (*pro hac vice* forthcoming)
  Email: emily.welch@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St. NW
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Defendants Kelli Kristina Smith dba Chick-Fil-A at Centerville FSU #3259 and Chick-Fil-A, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KELLI KRISTINA SMITH dba CHICK-FIL-A AT CENTERVILLE FSU #3259; and CHICK-FIL-A, INC., a Georgia corporation,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR THE CHICK-FIL-A DEFENDANTS TO RESPOND TO MODERN FONT LLC'S COMPLAINT**<br><br>Case No.:   2:19-cv-00211-TS<br><br>The Honorable Judge Ted Stewart |

Defendants Kelli Kristina Smith dba Chick-Fil-A at Centerville FSU #3259 ("Kelli Smith") and Chick-Fil-A, Inc. ("Chick-Fil-A") (collectively, the "Chick-Fil-A Defendants") and plaintiff Modern Font Applications LLC ("Modern Font"), by and through their respective

counsel, hereby stipulate and move the Court to extend the time for the Chick-Fil-A Defendants to file their answer or otherwise respond to Modern Font's Complaint for Patent Infringement and Jury Demand (the "Complaint").

On April 1, 2019, Modern Font filed the Complaint in this case, asserting a claim for Patent Infringement. Modern Font served the Complaint on the Chick-Fil-A Defendants on April 3, 2019. Thus, the Chick-Fil-A's current deadline to respond to the Complaint is April 24, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Good cause exists to grant the extension because the Chick-Fil-A Defendants require additional time to investigate Modern Font's allegations and to prepare their response. The Chick-Fil-A Defendants have conferred with Modern Font and the parties have agreed to a thirty (30) day extension of time for the Chick-Fil-A Defendants to respond to the Complaint. No previous extensions of time have been requested. Also, the Court has not yet entered a scheduling order in this case. Thus, no Court deadlines will be affected by this extension.

Accordingly, the parties stipulate and jointly request that the Court enter an Order extending the date for the Chick-Fil-A Defendants to answer or otherwise respond to the Complaint up to and including May 24, 2019. A proposed Order Granting Stipulated Motion for Extension of Time for the Chick-Fil-A Defendants to Respond to Complaint is being submitted concurrently with this filing.

DATED: April 24, 2019              STOEL RIVES LLP


                                   */s/ David L. Mortensen*
                                   David L. Mortensen


                                   Robert L. Lee
                                   Emily Chambers Welch
                                   ALSTON & BIRD LLP

                                   Attorneys for Defendants Kelli Kristina Smith dba Chick-Fil-A at Centerville FSU #3259 and Chick-Fil-A, Inc.


DATED: April 24, 2019              KUNZLER BEAN & ADAMSON, PC


                                   */s/ Perry Clegg (with permission)*
                                   Perry Clegg

                                   Attorneys for Modern Font Applications LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2019, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME FOR THE CHICK-FIL-A DEFENDANTS TO RESPOND TO MODERN FONT LLC'S COMPLAINT** to be served via CM/ECF on the following:

> Perry Clegg
>     Email: pclegg@kunzlerlaw.com
> KUNZLER BEAN & ADAMSON, PC
> 50 W. Broadway, Suite 1000
> Salt Lake City, Utah 84101
> Telephone: (801) 994-4646
> Facsimile: (801) 531-1929

*/s/ Stacy A. Kamaya*

101573888.1 0202032-00001